# **EXHIBIT 1**

## Exhibit 1

Below is a list of the Policies of which Publix is currently aware. Publix also seeks coverage under any and every other implicated policy under which Publix is insured that it locates during discovery in this action.

| 1995 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 XSB J48106 |

| 1996 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48108 |

| 1997 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48110 |

| 1998 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48112 |

| 1999 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48114 |

| 2000 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48116 |

| 2001 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48118 |
| Primary Druggists Liability | Twin City Fire Insurance Company | 21 ECS J48120 |

| 2002 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS J48124 |
| Primary Druggists Liability | Twin City Fire Insurance Company | 21 ECS J48126 |

| 2003 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| General Liability | The Hartford Fire Insurance Company | 21 ECS D70702 |
| Primary Druggists Liability | Twin City Fire Insurance Company | 21 ECS D70703 |

| 2004 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 21 ECS D70708 |
| Primary Druggists Liability | Twin City Fire Insurance Company | 21 ECS D70710 |
| Umbrella | St. Paul Fire & Marine Insurance Co. | QK09000631 |
| Excess | American Guarantee & Liability Insurance Co. | AEC937814600 |
| Excess | Great American Assurance Co. | EXC566461001 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190014 |
| Excess | St. Paul Fire & Marine Ins. Co. | QI09000962 |
| Excess | XL Insurance America, Inc. | US00007694LI05A |
| Excess | Ohio Casualty Insurance Co. | ECO0553163132 |

| 2005 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 21 ECS D70712 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70714 |
| Umbrella | St. Paul Travelers Companies | QK09000918 |
| Excess | Steadfast Insurance Company | AEC937814601 |
| Excess | Great American Assurance Co. | EXC566461001 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190024 |
| Excess | St. Paul Fire & Marine Ins. Co. | QI09001517 |
| Excess | XL Insurance America, Inc. | US00007694LI05A |
| Excess | Ohio Casualty Insurance Co. | ECO0653163132 |

| 2006 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 21 ECS D70718 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 21 ECS D70720 |
| Umbrella | Liberty Mutual Fire Insurance Co. | TH2651286611016 |
| Excess | American Guarantee & Liability Ins. Co. | AEC937814602 |
| Excess | Great American Insurance Co. of New York | EXC 9252904 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190024 |
| Excess | St. Paul Fire & Marine Ins. Co. | QI06800985 |

3

| 2007 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70724 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70726 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611017 |
| Excess | American Guarantee & Liability Ins. Co. | AUC937814603 |
| Excess | Great American Insurance Company of NY | EXC9252904 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190064 |
| Excess | XL Insurance Company of America | US00007634LI07A |
| Excess | Ohio Casualty Insurance Co. | ECO0853163132 |
| Excess | National Surety Corp. | SHX00099065005 |

| 2008 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70735 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70737 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611018 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG2386888A |
| Excess | Great American Insurance Company of NY | EXC9254282 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190054 |
| Excess | XL Insurance Company of America | US00007634LI08A |
| Excess | Ohio Casualty Insurance Co. | ECO0953163132 |
| Excess | National Surety Corp. | SHX00099888703 |

| 2009 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70740 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70742 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611019 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG24638492 |
| Excess | Great American Insurance Company of NY | EXC2195679 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190064 |
| Excess | XL Insurance Company of America | US00007634LI09A |
| Excess | Ohio Casualty Insurance Co. | ECO1053163132 |
| Excess | National Surety Corp. | SHX00079872537 |

| 2010 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70750 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70752 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611010 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG24874461 |
| Excess | Great American Insurance Company of NY | EXC8634961 |
| Excess | Liberty Insurance Underwriters Inc. | LQ1B71198190074 |
| Excess | XL Insurance Company of America | US00007634LI10A |
| Excess | Ohio Casualty Insurance Co. | ECO1153163132 |
| Excess | National Surety Corp. | SHX00072159577 |

| 2011 | | |
|---|---|---|
| Policy Type | Carrier | Policy No. |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70759 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70761 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611011 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG24875660 |
| Excess | Great American Insurance Company of NY | EXC2098674 |
| Excess | Liberty Insurance Underwriters Inc. | EXCNY1981908 |
| Excess | XL Insurance Company of America | US00007634LI11A |
| Excess | Ohio Casualty Insurance Co. | ECO1253163132 |
| Excess | National Surety Corp. | SHX00014737050 |

| 2012 | | |
|---|---|---|
| Policy Type | Carrier | Policy No. |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70771 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70772 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611012 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG25915070 |
| Excess | Great American Insurance Company of NY | EXC2106331 |
| Excess | Liberty Insurance Underwriters Inc. | EXCNY1981909 |
| Excess | XL Insurance Company of America | US00007634LI12A |
| Excess | Ohio Casualty Insurance Co. | ECO1353163132 |
| Excess | National Surety Corp. | SHX00057710105 |

| 2013 | | |
|---|---|---|
| Policy Type | Carrier | Policy No. |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70777 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70778 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611013 |
| Excess | Ace Property and Casualty Ins. Co. | X00G27049539 |
| Excess | Great American Insurance Company of NY | EXC4646853 |
| Excess | Liberty Insurance Underwriters Inc. | 100002630010 |
| Excess | XL Insurance Company of America | US00007634LI13A |
| Excess | Ohio Casualty Insurance Co. | ECO1453163132 |
| Excess | National Surety Corp. | SHX00048685002 |

| 2014 | | |
|---|---|---|
| Policy Type | Carrier | Policy No. |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70783 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70784 |
| Umbrella | Liberty Mutual Fire Ins. Co. | TH2651286611014 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG27322633 |
| Excess | Great American Insurance Company of NY | EXC1910556 |
| Excess | Liberty Insurance Underwriters Inc. | 100002630011 |
| Excess | XL Insurance Company of America | US00007634LI14A |
| Excess | Ohio Casualty Insurance Co. | ECO1553163132 |
| Excess | National Surety Corp. | SHX00015148208 |

| 2015 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS D70789 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS D70790 |
| Umbrella | National Fire & Marine Ins. Co. | 42XSF30101301 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG2762655A |
| Excess | Great American Insurance Company of NY | EXC3106174 |
| Excess | Liberty Insurance Underwriters Inc. | 100002630012 |
| Excess | XL Insurance Company of America | US00007634LI15A |
| Excess | Ohio Casualty Insurance Co. | ECO1653163132 |
| Excess | National Surety Corp. | SHX00015148208 |

| 2016 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS S50102 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS S50103 |
| Umbrella | National Fire & Marine Ins. Co. | 42XSF30101302 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG27933488001 |
| Excess | Great American Insurance Company of NY | EXC4223636 |
| Excess | National Surety Corp. | MHX00048878706 |
| Excess | Liberty Surplus Insurance Corp. | 100002630013 |
| Excess | Indian Harbor Insurance Co. | US00007634LI16A |

| 2017 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS S50102 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS S50103 |
| Umbrella | National Fire & Marine Ins. Co. | 42XSF30101303 |
| Excess | Ace Property and Casualty Ins. Co. | XOOG27933488002 |
| Excess | Great American Spirit Insurance Company | EXC4101630 |
| Excess | National Surety Corp. | MHX00024576233 |
| Excess | Liberty Surplus Insurance Corp. | 100002630014 |
| Excess | Navigators Specialty Insurance Company | NY17FXR893009IC |
| Excess | Indian Harbor Insurance Co. | US00007634LI17A |

| 2018 | | |
|---|---|---|
| **Policy Type** | **Carrier** | **Policy No.** |
| Primary General Liability | The Hartford Fire Insurance Company | 20 ECS S50102 |
| Primary Druggists Liability | The Hartford Fire Insurance Company | 20 ECS S50103 |
| Umbrella | National Fire & Marine Ins. Co. | 42XSF30101304 |