UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PUBLIX SUPER MARKETS, INC.,

    Plaintiff,

v.                                             Case No: 8:22-cv-2569-CEH-AEP

ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN SPIRIT INSURANCE COMPANY, THE HARTFORD FIRE INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS, INC., LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY SURPLUS INSURANCE CORPORATION, NATIONAL FIRE & MARINE INSURANCE COMPANY, NATIONAL SURETY CORPORATION, NAVIGATORS SPECIALTY INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY and XL INSURANCE AMERICA, INC.,

    Defendants.

_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Insurers' Unopposed Motion to Amend the Scheduling Order (Doc. 203), filed on June 5, 2023, and for good cause shown, the Court will grant the Insurers' Unopposed Motion to Amend the Scheduling Order. The following deadlines shall apply to this action:

| | |
|---|---|
| **Disclosure of Expert Reports** <br> **Plaintiff:** <br> **Defendant:** <br> **Rebuttal:** | SEPTEMBER 9, 2024 <br> OCTOBER 4, 2024 <br> NOVEMBER 6, 2024 |
| **Discovery Deadline** | DECEMBER 6, 2024 |
| **Dispositive Motions,** *Daubert,* **and** *Markman* **Motions** | FEBRUARY 7, 2025 |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | MAY 9, 2025 |
| **Joint Final Pretrial Statement, (including a single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox]** *Voir Dire* **Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | MAY 20, 2025 |
| **All Other Motions Including Motions** *In Limine* | MAY 23, 2025 |
| **Final Pretrial Conference         Date:** <br> **Time:** <br> **Judge:** | JUNE 17, 2025 <br> 1:15 PM <br> Charlene Edwards Honeywell <br> Courtroom 13A |
| **Trial Briefs and Deposition Designations** | JUNE 2, 2025 |
| **Trial Term Begins** | JULY 7, 2025 |

2

| Estimated Length of Trial | 20 days |
|---|---|
| Jury / Non-Jury | Jury |
| Mediation Deadline | SEPTEMBER 24, 2024 |
| Mediator Address:<br><br>**Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the court within 14 days of this Order advising of the date.**<br><br>Name:<br>**Designated Lead Counsel   Telephone: Pursuant to Local Rule 9.04(a)(3) Lead Counsel Telephone Number** | Timothy Gallagher<br>Century City Office<br>1875 Century Park East<br>Suite 1550<br>Los Angeles, CA 90067<br><br>Robert Friedman<br>561-800-2110 |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE AND ORDERED** in Tampa, Florida on June 15, 2023.

Charlene Edwards Honeywell
United States District Judge

**Copies to**:
Counsel of Record and Unrepresented Parties, if any

3